# Notice Recipients

District/Off: 1086–7     User: admin     Date Created: 7/21/2021
Case: 21–80539     Form ID: 309A     Total: 48

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jeffrey Paul Watts | P. O. Box 53 | Rattan, OK 74562 |
| jdb | Randi Michelle Watts | P. O. Box 53 | Rattan, OK 74562 |
| ust | Office of the United States Trustee | Office of the Assistant U.S. Trustee | 301 N. Main Ste.1150 Wichita, KS 67202 |
| tr | Charles Greenough | Charles Greenough, Trustee | 2 W Second St Ste 1100 Tulsa, OK 74103 |
| aty | Alan M. Perry | Alan Perry Law Firm | 108 W. Duke St POB 845 Hugo, OK 74743 |
| smg | Oklahoma Employment Security Commission | Robert C. Newark, III, Attorney | P.O. Box 53039 Oklahoma City, OK 73152–3039 |
| 1910030 | Akron Billing Center | 3585 Ridge Park Dr. | Akron, OH 44333 |
| 1910031 | Ally Financial Inc | P. O. Box 380901 | Minneapolis, MN 55438 |
| 1910032 | Assets Recovery | 2200 E Debon Ave, Ste 200 | Des Plaines, IL 60018 |
| 1910034 | BREG Inc | P. O. Box 660535 | Dallas, TX 75266 |
| 1910033 | Bank of the West | P. O. Box 4024 | Alameda, CA 94501 |
| 1910035 | CAC Financial | 2601 NW Expressway | Oklahoma City, OK 73112 |
| 1910036 | Choctaw Memorial Hospital | 1405 E. Kirk Street | Oklahoma City, OK 73112 |
| 1910037 | Citi Card | P.O. Box 6500 | Sioux Falls, SD 57117 |
| 1910038 | Comenity Bank – Maurices | Logicoll LLC 820 Parkview Blvd | Lombard, IL 60148 |
| 1910039 | Commenity Bank – Stage | PO Box 659465 | San Antonio, TX 78265 |
| 1910040 | Credit One | Midland Credit management 320 E Big Beaver Road, Ste 300 | Troy, MI 48083 |
| 1910041 | Dallas Faith Childers | c/o Stuart & Clover PLLC 128 N Broadway | Shawnee, OK 74802–1925 |
| 1910042 | Discover | P. O. Box 29013 | Phoenix, AZ 85038–9013 |
| 1910043 | First Bank | 100 N High St. | Antlers, OK 74523 |
| 1910044 | First Bank | 1850 Osborn Ave | Oshkosh, WI 54902 |
| 1910045 | First United Bank | P. O. Box 810 | Hugo, OK 74743 |
| 1910046 | First United Bank | P. O. Box 810 | Hugo, OK 74743 |
| 1910047 | First United Bank | P. O. Box 810 | Hugo, OK 74743 |
| 1910048 | First United Bank | P. O. Box 810 | Hugo, OK 74743 |
| 1910049 | First United Bank | P. O. Box 810 | Hugo, OK 74743 |
| 1910050 | First United Bank | P. O. Box 810 | Hugo, OK 74743 |
| 1910051 | J C Penny – Portfolio | P. O. Box 12914 | Norfolk, VA 23541 |
| 1910052 | Midland Credit Management | 320 E Big Beaver Road, Ste 300 | Troy, MI 48083 |
| 1910053 | Okla Educators Credit Union | P. O. Box 22222 | Oklahoma City, OK 73125–3122 |
| 1910054 | Okla Educators Credit Union | P. O. Box 22222 | Oklahoma City, OK 73125–3122 |
| 1910058 | PRMC Healthcare Group | PO box 14099 | Belfast, ME 04915 |
| 1910055 | Paris Anesthesia | P. O. Box 117232 | Atlanta, GA 30368–7232 |
| 1910056 | Paris Orthopedic Clinic | 3435 NE Loop 286 | Paris, TX 75460 |
| 1910057 | Paris Regional Medical Center | PO Box 117055 | Atlanta, GA 30368–7055 |
| 1910064 | RRV Pathology Lab | P. O. Box 100 | Paris, TX 75461 |
| 1910059 | Radiology Partners | Eagle Texas adivision of SAPA P. O. Box 208108 | Dallas, TX 75320 |
| 1910060 | Red River Federal Credit Union | PO Box 5909 | Texarkana, TX 75505 |
| 1910061 | Resurgent Aquisitions LLC | c/o Resurgent Capitla Services LP 255 Beattie Place, Ste 110 | Greenville, SC 29601 |
| 1910062 | Rhodes, Hieronymus, Jones, Tucker & Gabl | 2 West 2nd Street, Ste 1000 | Tulsa, OK 74103 |
| 1910063 | Rosenstien, Fist & Ringold | 525 S Main Street, Ate 700 | Tulsa, OK 74103 |
| 1910065 | Sheffield Financial | PO Box 580229 | Charlotte, NC 28258–0229 |
| 1910066 | Sheffield Financial Div of BB&T | P. O. Box 25127 | Winston Salem, NC 27114 |
| 1910067 | Shell | P. O. Box 10466 | Greenville, SC 29603 |
| 1910068 | Steven L. Bruce & Associates | P. O. Box 808 | Edmond, OK 73088 |
| 1910069 | Stuart & Clover PLLC | Joseph M. Vornfran 128 N Broadway | Shawnee, OK 74802–1925 |
| 1910070 | Synchrony Bank – Care Credit | 1930 Olney Ave | Cherry Hill, NJ 08003 |
| 1910071 | Team Health – HRRG | P. O. Box 8486 | Pompano Beach, FL 33075–8486 |

TOTAL: 48