# Notice Recipients

District/Off: 1086–7   User: admin   Date Created: 11/08/2021
Case: 21–80539   Form ID: 318   Total: 52

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   USTPRegion20.TU.ECF@usdoj.gov
aty   Alan M. Perry   alanmperry@aol.com
aty   Heather A. Buchberger   hbuchberger@mikeloyd.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Jeffrey Paul Watts   P. O. Box 53   Rattan, OK 74562
jdb   Randi Michelle Watts   P. O. Box 53   Rattan, OK 74562
tr   Charles Greenough   Charles Greenough, Trustee   2 W Second St Ste 1100   Tulsa, OK 74103
cr   PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
cr   Ally Bank, c/o AIS Portfolio Services, LP   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118
cr   Oklahoma Educators Credit Union   4001 NW Expressway   Oklahoma City, OK 73116
1910030   Akron Billing Center   3585 Ridge Park Dr.   Akron, OH 44333
1910031   Ally Financial Inc   P. O. Box 380901   Minneapolis, MN 55438
1910032   Assets Recovery   2200 E Debon Ave, Ste 200   Des Plaines, IL 60018
1910034   BREG Inc   P. O. Box 660535   Dallas, TX 75266
1910033   Bank of the West   P. O. Box 4024   Alameda, CA 94501
1910035   CAC Financial   2601 NW Expressway   Oklahoma City, OK 73112
1910036   Choctaw Memorial Hospital   1405 E. Kirk Street   Oklahoma City, OK 73112
1910037   Citi Card   P.O. Box 6500   Sioux Falls, SD 57117
1910038   Comenity Bank – Maurices   Logicoll LLC   820 Parkview Blvd   Lombard, IL 60148
1910039   Commenity Bank – Stage   PO Box 659465   San Antonio, TX 78265
1910040   Credit One   Midland Credit management   320 E Big Beaver Road, Ste 300   Troy, MI 48083
1910041   Dallas Faith Childers   c/o Stuart & Clover PLLC   128 N Broadway   Shawnee, OK 74802–1925
1910042   Discover   P. O. Box 29013   Phoenix, AZ 85038–9013
1910043   First Bank   100 N High St.   Antlers, OK 74523
1910044   First Bank   1850   Osborn Ave   Oshkosh, WI 54902
1910045   First United Bank   P. O. Box 810   Hugo, OK 74743
1910046   First United Bank   P. O. Box 810   Hugo, OK 74743
1910047   First United Bank   P. O. Box 810   Hugo, OK 74743
1910048   First United Bank   P. O. Box 810   Hugo, OK 74743
1910049   First United Bank   P. O. Box 810   Hugo, OK 74743
1910050   First United Bank   P. O. Box 810   Hugo, OK 74743
1910051   J C Penny – Portfolio   P. O. Box 12914   Norfolk, VA 23541
1910052   Midland Credit Management   320 E Big Beaver Road, Ste 300   Troy, MI 48083
1910053   Okla Educators Credit Union   P. O. Box 22222   Oklahoma City, OK 73125–3122
1910054   Okla Educators Credit Union   P. O. Box 22222   Oklahoma City, OK 73125–3122
1910206   PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
1910058   PRMC Healthcare Group   PO box 14099   Belfast, ME 04915
1910055   Paris Anesthesia   P. O. Box 117232   Atlanta, GA 30368–7232
1910056   Paris Orthopedic Clinic   3435 NE Loop 286   Paris, TX 75460
1910057   Paris Regional Medical Center   PO Box 117055   Atlanta, GA 30368–7055
1910064   RRV Pathology Lab   P. O. Box 100   Paris, TX 75461
1910059   Radiology Partners   Eagle Texas adivision of SAPA   P. O. Box 208108   Dallas, TX 75320
1910060   Red River Federal Credit Union   PO Box 5909   Texarkana, TX 75505
1910061   Resurgent Aquisitions LLC   c/o Resurgent Capitla Services LP   255 Beattie Place, Ste 110   Greenville, SC 29601
1910062   Rhodes, Hieronymus, Jones, Tucker & Gabl   2 West 2nd Street, Ste 1000   Tulsa, OK 74103
1910063   Rosenstien, Fist & Ringold   525   S Main Street, Ate 700   Tulsa, OK 74103
1910065   Sheffield Financial   PO Box 580229   Charlotte, NC 28258–0229
1910066   Sheffield Financial Div of BB&T   P. O. Box 25127   Winston Salem, NC 27114
1910067   Shell   P. O. Box 10466   Greenville, SC 29603
1910068   Steven L. Bruce & Associates   P. O. Box 808   Edmond, OK 73088
1910069   Stuart & Clover PLLC   Joseph M. Vornfran   128 N Broadway   Shawnee, OK 74802–1925
1910070   Synchrony Bank – Care Credit   1930 Olney Ave   Cherry Hill, NJ 08003
1910071   Team Health – HRRG   P. O. Box 8486   Pompano Beach, FL 33075–8486

TOTAL: 49